UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. FINCH | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY | : | |
| | : | 2:12-cv-05966-JS |
| | : | |
| Defendants. | : | JURY DEMAND |

## PLAINTIFF'S STATUS REPORT

1. This Court directed plaintiff and defendant to provide a status report of the above matter.

2. At the last conference on October 7, 2013, plaintiff advised the Court that plaintiff had concerns with the broadness of the release. After further deliberations, plaintiff has agreed to sign the release.

3. Plaintiff has declared bankruptcy and proceedings are pending. See, *In re: Thomas M. Finch, Sandra L. Finch*, Case No. 11-24955.

4. Plaintiff intends to submit this release to the Bankruptcy Court. Once approval is provided by the Bankruptcy Court, plaintiff will discontinue and end the above matter.

Respectfully submitted,

Date: October 31, 2013

/s/ Daniel C. Levin
Daniel C. Levin, Esquire
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Plaintiff's Status Report was served on this 31st day of October, 2013 via the Court's Electronic Notification System.

                                                BY:    /s/ Daniel C. Levin