IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS M. FINCH | CIVIL ACTION |
| v. | |
| NORFOLK SOUTHERN RAILWAY COMPANY | NO. 12-5966 |

## DEFENDANT'S STATUS REPORT

On October 31, 2013, Defendant received Plaintiff, Thomas Finch's executed Release.

Upon notification that the Bankruptcy Court has approved the settlement, Defendant will forward a settlement check to Mr. Finch's attorney.

                                                Respectfully submitted,

Dated: October 31, 2013

MR2396
MAUREEN ROWAN, ESQUIRE
Gallagher & Rowan, P.C.
1800 JFK Boulevard, Suite 1000
Philadelphia, PA 19103
Attorney for Defendant