UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. FINCH | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY | : | |
| | : | 2:12-cv-05966-JS |
| | : | |
| Defendants. | : | JURY DEMAND |

**PRAECIPE TO DISCONTINUE AND END**

TO THE CLERK:

The above action has been resolved. Kindly mark the above action discontinued and ended with prejudice.

Respectfully submitted,

Date:  February 12, 2014      /s/ Daniel C. Levin
Daniel C. Levin, Esquire
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Plaintiff's Praecipe to Discontinue and End was served on this 12th day of February, 2014 via the Court's Electronic Notification System.

BY:  /s/ Daniel C. Levin