IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. FINCH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-5966 |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY | : : | |

**ORDER**

AND NOW, this 18th day of February, 2014, it is hereby ORDERED the suspense in the above-captioned case is LIFTED.

It having been reported that the issues between the parties in the above action have been resolved and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.